1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZACHARY A. JONES, | No.  2:19-CV-2139-DMC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  On March 24, 2020, the Court directed plaintiff to show cause in writing why this action should not dismissed for lack of prosecution.  See ECF No. 12.  Plaintiff's counsel filed a response indicating that the failure to file a timely opening brief was a result of the ongoing COVID-19 emergency and a delay in establishing remote working capabilities.  See ECF No. 13.  Good cause appearing therefor, the order to show cause is discharged and plaintiff is granted an

/ / /

/ / /

/ / /

/ / /

1

1  extension of time to file an opening brief.  Plaintiff's opening brief shall be filed within 30 days

2  of the date of this.  Thereafter, briefing shall proceed consistent with the Court's October 29,

3  2019, scheduling order.

4            IT IS SO ORDERED.

5

6  Dated:  April 24, 2020

7  _____
  DENNIS M. COTA

8  UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28