McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
IN SEON JEONG, CSBN 291908
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8984
    Facsimile: 415-744-0134
    Email: inseon.jeong@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| ZACHARY JONES,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:19-cv-02139-DMC<br><br>**STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42. U.S.C. § 405(g)** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

    Upon remand, the Appeals Council will direct the Administrative Law Judge (ALJ) to evaluate the persuasiveness of the medical opinions under the new regulatory factors set out in 20 CFR 404.1520c and HALLEX I-5-3-30.E, and articulate the consistency and supportability for each opinion.  The ALJ will reevaluate the claimant's subjective complaints and the third-party statement of record, and will continue the sequential evaluation process.  The ALJ will

further develop the record, offer the claimant the opportunity for a new hearing and issue a new decision.  As needed, the ALJ may consult with a medical or a vocational expert.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Date: *July 2, 2020*                                   CERNEY, KREUZE & LOTT, LLP

                                             By:     */s/ In Seon Jeong for Shellie Lott\**
                                                     SHELLIE LOTT
                                                     *\*Authorized by email on July 2, 2020*
                                                     Attorneys for Plaintiff


Date: *July 2, 2020*                                   McGREGOR W. SCOTT
                                                     United States Attorney
                                                     DEBORAH LEE STACHEL
                                                     Regional Chief Counsel, Region IX

                                             By:     */s/ In Seon Jeong*
                                                     IN SEON JEONG
                                                     Special Assistant United States Attorney
                                                     Attorneys for Defendant


ORDER

APPROVED AND SO ORDERED

Dated:  July 10, 2020

                                                     _____
                                                     DENNIS M. COTA
                                                     UNITED STATES MAGISTRATE JUDGE

Stipulation for Remand: 2:19-cv-02139-DMC          2