SHELLIE LOTT, SBN:  246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706


Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ZACHARY A. JONES,<br><br>                    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>                    Defendant | Case No.:  1:19-cv-02139-DMC<br><br><br>**STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the EAJA in the amount of TWO-THOUSAND FOUR-HUNDRED THIRTY-NINE dollars and FORTY-NINE cents ($2,439.49).  This amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412.

After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  Pursuant to Astrue v. Ratliff, 130 S.Ct. 2521 (2010), the ability to honor the

STIPULATION AND PROPOSED ORDER FOR THE AWARD OF ATTORNEY FEES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(D)

1:19-cv-02139-DMC                                                                                              PAGE 1

assignment will depend on whether the fees and expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset. Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Shellie Lott, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Respectfully submitted,

Dated:  October 16, 2020          */s/ Shellie Lott*
                                  SHELLIE LOTT
                                  Attorney for Plaintiff

                                  McGREGOR W. SCOTT
                                  United States Attorney
                                  DEBORAH L. STACHEL
                                  Regional Chief Counsel, Region IX

Date: October 16, 2020            */s/ In Seon Jeong*
                                  (As authorized via email on 10/7/20)
                                  In Seon Jeong
                                  Special Assistant United States Attorney

STIPULATION AND PROPOSED ORDER FOR THE AWARD OF ATTORNEY FEES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(D)

1:19-cv-02139-DMC                                                          PAGE 2

SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO BRANCH

ZACHARY A. JONES,

   Plaintiff,

vs.

ANDREW SAUL,
Acting Commissioner of Social Security,

   Defendant

Case No.: 1:19-cv-02139-DMC

**ORDER FOR THE AWARD OF
ATTORNEY FEES PURSUANT TO THE
EQUAL ACCESS TO JUSTICE ACT, 28
U.S.C. § 2412(d)**

  Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that attorney fees
under EAJA, in the amount of TWO-THOUSAND FOUR-HUNDRED THIRTY-NINE dollars
and FORTY-NINE cents ($2,439.49), are awarded to Plaintiff, subject to the terms of the
stipulation.

  IT IS SO ORDERED.

Dated:  October 16, 2020

          _____
          DENNIS M. COTA
          UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER FOR THE AWARD OF ATTORNEY FEES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(D)

1:19-cv-02139-DMC                PAGE 3